**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jerry Lewis DEDRICK, Defendant–Appellant**

No. 16-50201

Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/20/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant

Jerry Lewis Dedrick, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jerry Lewis Dedrick has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dedrick filed a response but subsequently died. Accordingly, his appeal is DISMISSED as moot, *see United States v. Douglas*, 404 Fed.Appx. 876, 876 (5th Cir. 2010), and counsel's motion for leave to withdraw is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.